■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY TYNER.—Motion to include in brief points from an additional appeal denied, and the appeal from denial by Judge Fraiman on May 23, 1974 of a postconviction motion for a new trial is dismissed on the ground that no appeal exists as a matter of right, without prejudice to a motion pursuant to CPL 460.30 for an extension of time to apply for leave to appeal under CPL 450.15 and 460.15. Concur — McGivern, P. J., Markewich, Lupiano, Steuer and Tilzer, JJ.

## (December 23, 1974)

■ SIDNEY GRUND et al., Appellants, v. CLIFFORD E. BOWEN et al., Respondents.— Order, Supreme Court, New York County, entered on November 26, 1974, unanimously affirmed, without costs and without disbursements. No opinion. Concur — McGivern, P. J., Markewich, Kupferman and Lane, JJ.; Capozzoli, J., concurs on constraint of Downing v. Downing (32 A D 2d 350).